# <u>Exhibit A</u>



# Transcript of Al Hank, Corporate Designee

**Date:** June 27, 2019
**Case:** Graham -v- Famous Dave's Of America, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING | INTERPRETATION | TRIAL SERVICES

Transcript of Al Hank, Corporate Designee
Conducted on June 27, 2019                          22

1          Q     Okay.  Does Famous Dave's utilize a tip

2     credit?

3          A     Yes.

4          Q     Okay.  Do you know what states Famous

5     Dave's utilizes a tip credit in?

6          A     All states we operate in.

7          Q     Okay.

8          A     Except for Minnesota because Minnesota

9     would be as a non -- we have to pay minimum wage

10    for all tip positions.

11         Q     Okay.  You say tip positions, what tip

12    positions are there within Famous Dave's?

13         A     Server, bartender, host.  I think

14    catering would be a position that can receive tips

15    as well.

16         Q     Okay.  Do you know if the catering

17    position, they are paid the full minimum wage in

18    addition to receiving tips or if they're paid a

19    sub minimum wage with the expectation of the tips

20    plus a sub minimum wage will equal a minimum wage?

21         A     Our catering wages are paid well above

22    minimum wage.  Plus able to receive tips.

Transcript of Al Hank, Corporate Designee
Conducted on June 27, 2019                                    23

```
1        Q    Okay.  Whereas -- and just so that we
2   make sure we have the same -- speaking the same, a
3   server is paid below, for example, the federal
4   minimum wage of 7.25 with the expectation that
5   their tips plus the cash wage that Famous Dave's
6   pays them will equal or exceed the minimum wage?
7        A    In the states that were able to do so,
8   yes.
9        Q    Right.  Okay.  And the exception you
10  said as Minnesota because Minnesota --
11       A    Correct.  Is not a tip credit state.
12       Q    Is not tip credit.  Okay.  To your
13  knowledge has Famous Dave's used the tip credit
14  continuously since January of 2016?
15       A    Yes.
16       Q    Okay.  Do you know the circumstances in
17  which an employer may utilize the tip credit?
18       A    Can you repeat the question?
19       Q    Yeah.  Do you know the circumstances or
20  what requirements have to be met in order for an
21  employer to use the tip credit, if you know?
22       A    I'm not sure I'm understanding.  From a
```

Transcript of Al Hank, Corporate Designee
Conducted on June 27, 2019                    25

1    recognize that document?

2         A    Yes.

3         Q    Okay.  What is that document?  Is that

4    document the FAQ that you just referenced?

5         A    Yes.

6         Q    Okay.  Is this a document that you

7    reviewed in preparation for today?

8         A    Yes.

9         Q    Okay.  Within Famous Dave's when

10   a -- no, let me step back.  For servers,

11   bartenders and hosts for purposes of today is it

12   fair if we refer to them as tipped employees?

13        A    Yes.

14        Q    Okay.  When a new tipped employee is

15   brought onto Famous Dave's do they go through a

16   hiring process?

17        A    Yes.

18        Q    Or a training process?

19        A    Yes.

20        Q    Okay.  Can you describe for me what that

21   training process is?

22        A    The training process would start with

Transcript of Al Hank, Corporate Designee
Conducted on June 27, 2019                                    52

1        Q     To your knowledge is this a document

2   that Famous Dave's uses to inform tipped employees

3   that intends to take a tip credit?

4        A     Exhibit 2?

5        Q     Yes.

6        A     Can you restate the question a little

7   please?

8        Q     Certainly.  Is Exhibit 2, the document

9   that's titled Fair Labor Standards Act Notice to

10  Tipped Employees, is this the document that Famous

11  Dave's uses to notify tipped employees of intent

12  to take a tip credit?

13       A     I think it's a piece of it and also our

14  tip pooling and reporting policy as well.

15       Q     Okay.  And the tip pooling and reporting

16  policy that you just referenced, would that be

17  Exhibit 4?

18       A     That's correct.

19       Q     Okay.  So as I understand your

20  testimony, Exhibits 2 and Exhibit 4 are the

21  documents that Famous Dave's uses to notify tipped

22  employees intent to take a tip credit?

Transcript of Al Hank, Corporate Designee
Conducted on June 27, 2019                    53

```
1          A     To my knowledge, yes.

2          Q     Okay.  When you were a general manager -

3     -

4          A     Yes.

5          Q     -- was there any other document that was

6     used?  Was there any document that was used to

7     notify tipped employees of their intent to take a

8     tip credit?

9          A     I don't remember quite honestly.

10         Q     Okay.  Exhibit 2, at the bottom it says

11    just above the number, the FDA 000034, and I will

12    represent to you that those are letters that we

13    lawyers put on documents so that way we can

14    reference them.  Just above that number there's a

15    date, May 2011.  Do you see that?

16         A     Yes.

17         Q     Okay.  To your knowledge was this

18    document developed in or around May of 2011, if

19    you know?

20         A     Yes.

21         Q     Okay.  To your knowledge has this

22    document been subsequently revised at any point
```

Transcript of Al Hank, Corporate Designee
Conducted on June 27, 2019                              56

1    presented to me?

2          Q    Correct.

3          A    Not that I can recall, no.

4          Q    Okay.  With respect to Exhibit 2, to

5    your knowledge was it Famous Dave's intent that

6    this document apply to all employees that they

7    intended to utilize a tip credit for?

8          A    Yes.  For tip credit employees, yes.

9          Q    Okay.  And that means this policy

10   applied -- Exhibit 2 applied to all Famous Dave's

11   restaurants regardless of the state that they're

12   in, correct?

13         A    I can speak for the corporately owned

14   restaurants, yes.

15         Q    Yes.  Just for the corporately owned.

16         A    Yes.

17         Q    Yes.  Okay.  Do you know how this

18   document is sent to or distributed to the

19   individual restaurants?

20         A    Today?

21         Q    Yes.

22         A    This would be in electronic format.

Transcript of Al Hank, Corporate Designee
Conducted on June 27, 2019                          57

1        Q     An electronic format available on a
2    platform?
3        A     Yes, it would be -- in current state it
4    would be in ADP and as a part of their onboarding
5    process.
6        Q     Okay.  And do you know when that ADP
7    onboarding process first began being utilized by
8    Famous Dave's?
9        A     I wouldn't feel comfortable giving an
10   exact time frame.  There's been, like I stated
11   earlier, quite a few variations and turnover.  I
12   don't know off the top of my head.
13       Q     Okay.  To your knowledge are individual
14   restaurants able to revise or edit Exhibit 2?
15       A     No.
16       Q     Okay.  To your knowledge is there any
17   difference between Exhibit 2 based on the state
18   that a restaurant may be located in?
19       A     No, not to my knowledge.
20       Q     Let's start back in February 2016.  How
21   was Exhibit 2 presented to an employee in February
22   of 2016?

Transcript of Al Hank, Corporate Designee
Conducted on June 27, 2019                           63

1    on paper.

2         Q    Correct.

3         A    Okay.  So on paper they would do the

4    orientation process in-person with the team

5    member.  They would review, acknowledge, sign

6    policies.  Those records would be retained in

7    their employee file in the manager's office and

8    that would be something that would be spot checked

9    and verified by the area director on their trip

10   reports.

11        Q    Other than that spot check by an area

12   manager, was there any other confirmation by

13   Famous Dave's above the manager level that the

14   form was actually reviewed and signed by the

15   employee?

16        A    Not that I recall.

17        Q    Okay.  To your knowledge is there any

18   documentation that my client has signed a copy of

19   Exhibit 2?

20        A    I believe so because I believe it was on

21   electronic format and to my understanding of how

22   the system works, we wouldn't have been able to

Transcript of Al Hank, Corporate Designee
Conducted on June 27, 2019                                    64

1    complete the hiring process without the

2    acknowledgement.

3        Q    Is there any confirmation that that was

4    done within the process because I haven't seen

5    anything.

6        A    No, I do not have confirmation right

7    now.

8        Q    Okay.  Other than Exhibit 2 and Exhibit

9    4 which is -- is there any other information

10   provided to managers regarding Famous Dave's use

11   of the tip credit?

12       A    It would be part of their training.  So

13   when they're going through their what we call MIT

14   training which just stands for manager-in-

15   training, it's part of the review of that training

16   process.  They have an eight-week training program

17   when they're going into management and how we

18   would handle whether it's orientations or

19   onboarding.  All of those aspects are covered

20   during that training process.

21       Q    Are managers -- okay, that eight-week

22   training program, how long has that been in

Transcript of Al Hank, Corporate Designee
Conducted on June 27, 2019                            68

1    receives go into the tip pool?

2         A     Sorry.  I'm just reading the --

3         Q     Uh-huh.

4         A     And can you restate the question?

5    Sorry.

6              MR. WELLS:  Yeah, you want to read that

7    part back?

8              COURT REPORTER:  Yeah.

9              (Court reporter played back previous

10   question.)

11        Q     Okay.  What does it mean?  How much of

12   the employee's tips go into the tip pool?

13        A     The servers would contribute three

14   percent of their net sales to a tip pool and then

15   those -- 100 percent of those tips that are funded

16   from the servers would then be allocated amongst

17   the tipped employees for that shift dependent upon

18   hours worked and the designation of the split by

19   the general manager.  So it could be, for example,

20   hosts and bartenders --

21        Q     Right.

22        A     -- would be tipped employees and the

Transcript of Al Hank, Corporate Designee
Conducted on June 27, 2019                    70

1    of their tips but rather that limit of three

2    percent that you described for me?

3              MS. SMITHEY:   Objection.   You can

4    answer.

5         A    I'm sorry.   One more time.

6         Q    Yeah.   Is there -- are tipped employees

7    informed that contrary to how this sentence is

8    written that they do not have to contribute 100

9    percent of their tips to the tip pool but rather

10   that cap of three percent that you described for

11   me?

12        A    I do believe that we have it in writing.

13   I don't know that I know off the top of my head

14   what policy it is.

15        Q    Do you know if that document that you're

16   referencing that you believe is in writing, is

17   that a document you reviewed in preparation for

18   today's deposition?

19        A    No, not that I recall.

20        Q    Okay.   Do you know if that document was

21   produced as part of discovery in this case?

22        A    I don't -- I don't think so.

Transcript of Al Hank, Corporate Designee
Conducted on June 27, 2019                          77

1    how a manager would be trained on how they would

2    notify the team member?

3          Q    Yeah.

4          A    I mean that would be covered in the

5    orientation I guess.  I'm not sure -- I may be a

6    little confused.  I'm sorry.

7          Q    And I don't want you to be confused so

8    let's -- let me try to break this down.  Exhibit 2

9    is what a new hire tipped employee is given by the

10   manager at orientation, correct?

11         A    Correct.

12         Q    Okay.  And when a manager is going

13   through their training, their eight-week training

14   part of what they witness is they witness another

15   manager orient a new hire including the review of

16   Exhibit 2, correct?

17         A    Correct.

18         Q    Okay.  Setting that aside, is there any

19   other training that is provided to a new manager

20   with respect to the tip credit notification?

21         A    No, not to my knowledge.

22         Q    Okay.  Have you heard the term "dine and

Transcript of Al Hank, Corporate Designee
Conducted on June 27, 2019                          78

1   dash"?

2        A    Yes.

3        Q    Okay.  What's your understanding of what

4   the term "dine and dash" means?

5        A    There would be customers in the

6   restaurant who would order something, something

7   would be given them of value and they would leave

8   the restaurant without paying.

9        Q    In your many years of experience within

10  the restaurant industry have you ever witnessed or

11  heard of a dine and dash occurring at Famous

12  Dave's?

13       A    Yes.

14       Q    Okay.  More than one occasion?

15       A    Yes.

16       Q    Okay.  Is there a written policy within

17  Famous Dave's regarding dine and dashes?

18       A    No, not to my knowledge.

19       Q    Okay.  Are managers provided any written

20  directive that says a tipped employee is not

21  required or not responsible for a dine and dash?

22       A    Not that I recall, no.

Transcript of Al Hank, Corporate Designee
Conducted on June 27, 2019                    79

1        Q     Okay.  Are managers provided any written

2   material that says an employee cannot be required

3   to surrender part of their tips to cover a dine

4   and dash?

5        A     Not to my knowledge.

6        Q     Okay.  Exhibit 5, the cash handling.  Is

7   this another -- this is another policy that's

8   reviewed as part of a tipped employee's new hire

9   orientation, correct?

10        A     Correct.

11        Q     Okay.  Are all tipped employees subject

12   to this policy?

13        A     Yes.

14        Q     Okay.  And therefore this policy covers

15   all Famous Dave's company owned locations,

16   correct?

17        A     Correct.

18        Q     Okay.  At the top of this document it

19   says effective July 2015.  Do you see that?

20        A     Yes.

21        Q     Okay.  To your knowledge was there a

22   prior version of this document?

Transcript of Al Hank, Corporate Designee
Conducted on June 27, 2019                                  96

1          Q      Okay.  Is that the MICROS that you were

2    just talking about earlier at the beginning of the

3    deposition?

4          A      MICROS is the point-of-sale.

5          Q      Okay.  So let's -- point-of-sale, I

6    think I understand but I want to have the record

7    clear.  Point-of-sale, is that the system that a

8    tipped employee uses to enter a customer's order?

9          A      Yes.

10         Q      Okay.  As well as close out their check?

11         A      Yes.

12         Q      Okay.  Is it also a system that they

13   typically uses to clock in and clock out the

14   beginning and end of their shift?

15         A      Correct.

16         Q      Okay.  Has that point -- has the point-

17   of-sale system in all the function that we just

18   described been used by Famous Dave's since

19   February of 2016 to present?

20         A      Yes.

21         Q      Okay.  Has the same system, point-of-

22   sale system been used by Famous Dave's during that

Transcript of Al Hank, Corporate Designee
Conducted on June 27, 2019                          100

1        A    Yes.  Slight variation because they have

2    a cash drawer that they're operating under, but

3    yes.

4        Q    Okay.  And all servers use the same POS

5    system, correct?

6        A    Yes.  We did install a -- I was just

7    thinking of we just did install a new point-of-

8    sale system in our Minnetonka, Minnesota location.

9    That was about six months ago.  Just a single unit

10   and then subsequently in one of our acquisitions

11   we've also rolled out a new point-of-sale in the

12   last month or two.

13       Q    Are those two locations --

14       A    Sorry.  It would be seven restaurants in

15   total amount.

16       Q    Are you thinking about switching the

17   point-of-sale system?

18       A    There's potential, yes.

19       Q    Okay.  On Exhibit 7, just so I can make

20   sure I can understand all the other documents

21   (inaudible) each and every one, under timekeeping

22   policy it says, For use with all non-exempt team

Transcript of Al Hank, Corporate Designee
Conducted on June 27, 2019                              101

1  members, FOH and BOH.  FOH, is that front of

2  house?

3       A    Correct.

4       Q    Who are front of house employees?

5       A    The job codes?

6       Q    Yes.

7       A    To-go, cashiers, hosts, servers,

8  bartenders.  Catering would fall under front of

9  house.  Delivery is a job code.  I think that

10 covers most of them.

11      Q    So all servers and all bartenders are

12 considered front of house?

13      A    Correct.

14      Q    Is front of house positions, are they

15 considered customer facing, customer interaction

16 positions?

17      A    Yes.

18      Q    Okay.  BOH, is that back of house?

19      A    Correct.

20      Q    I think I have an idea what BOH is but -

21 -

22      A    Line cook, prep cook, dishwashers,

Transcript of Al Hank, Corporate Designee
Conducted on June 27, 2019                          102

1    expediters.  Those positions are back of house

2    team members.

3         Q    Okay.  So as a clear delineation, front

4    of house are folks who interact with customers

5    directly and back of house do not interact with

6    customers directly?

7         A    Yes.  Generally speaking, yes.

8         Q    Okay.  Do you know approximately how

9    many tipped employees Famous Dave's currently

10   employs, ballpark?

11        A    You said currently, correct?

12        Q    Yes.

13        A    Five, six hundred maybe.

14        Q    Within Famous Dave's is there a

15   guideline with respect to how many tipped

16   employees are needed to staff a restaurant?

17        A    No, because staffing levels would be

18   dependent upon volume.  So it would just be

19   dependent on the location, how that restaurant

20   performs.

21        Q    Within Famous Dave's do they breakout

22   restaurants based upon volume of sales?

Transcript of Al Hank, Corporate Designee
Conducted on June 27, 2019                    104

1    restaurant would have a certain amount of -- level

2    of server?

3         A    There's a variety of platforms that we

4    use to help with scheduling and those items, yeah.

5    A lot of it is derived off of guest counts.  You

6    know, hourly trends, et cetera.  But we have a ton

7    of applications that are used to help that, yes.

8         Q    So those applications that you use, what

9    would they expect the level of staffing to be for

10   that restaurant?

11        A    As far as a head count --

12        Q    Yeah.

13        A    -- is concerned on a two-and-a-half

14   million?

15        Q    Uh-huh.

16        A    Servers, 15 roughly.

17        Q    Okay.  And how about for bartenders?

18        A    Four.

19        Q    Okay.  Who sets the target for the

20   number of tipped employees that are kind of

21   different shift?  Is that done at the management

22   level or the manager level or the corporate level?

Transcript of Al Hank, Corporate Designee
Conducted on June 27, 2019                                        106

1        Q    Okay.  Are all servers expected to
2   conform to the general duty and responsibility set
3   forth in this job description?
4        A    Yes.
5        Q    Okay.  Under other factors on the second
6   page it says, EG travel.  Do you see that?
7        A    Yes.
8        Q    And it says, Comments, up to 15 percent,
9   may deliver full-service catering.  What's that
10  mean?
11       A    That's where a team member would have to
12  travel from the restaurant to a outside catering
13  event and (inaudible).
14       Q    Okay.  Does an individual employee
15  receive a copy of this job description?
16       A    Uh-huh.
17       Q    Is that a yes?
18       A    Yes.
19       Q    Okay.
20       A    I was kind of doing good in the
21  beginning.  I've gone down now.
22       Q    You're doing well until the court

Transcript of Al Hank, Corporate Designee
Conducted on June 27, 2019                          109

```
1           Q     Are all servers expected if necessary to

2    perform these tasks?

3           A     They all don't do that, no.

4           Q     They all don't do that?

5           A     Correct.

6           Q     Could they do these tasks?

7           A     Sure.  It could happen, yes.

8           Q     Could a server be asked to do any one or

9    more of these tasks?

10          A     Yes.

11          Q     Okay.  Would a server because it's in

12   his job summary potentially be subject to

13   termination or reprimand if they don't perform one

14   of these side tasks, side duties?

15          A     Yes.

16          Q     Okay.  It says rolling silverware.  It's

17   been a few years since I've been in a restaurant

18   but is that where you actually roll a fork and

19   knife in a napkin?

20          A     Correct.

21          Q     Okay.  Expediting orders, what's that?

22          A     That would be where the food is sold in
```

Transcript of Al Hank, Corporate Designee
Conducted on June 27, 2019                                    112

```
 1        A     Yes.

 2        Q     Okay.  Have you ever inquired as to why

 3   there's essential columns there?

 4        A     No.

 5        Q     Okay.  What's that "we" column?

 6        A     How much of the job is -- of the total

 7   job how much they'll be doing that work.

 8        Q     Okay.  Who determined that estimation,

 9   do you know?

10        A     This would come from our HR department

11   and outside legal counsel, et cetera.

12        Q     Okay.  Has Famous Dave's done any, to

13   your knowledge, internal counting to determine the

14   percentage of an employee -- of a server's job

15   that is spent performing side work?

16        A     Not to my knowledge.

17        Q     Okay.  Does Famous Dave's have any

18   directives or policies with respect to limiting an

19   amount of a server's side work?

20        A     Right now when servers are coming in for

21   the beginning of their shift and there's opening

22   duties they are clocked -- they clock in at
```

Transcript of Al Hank, Corporate Designee
Conducted on June 27, 2019                                    113

1    minimum wage.  They would convert to the tipped

2    wage once they received their table.

3        Q    Okay.  When did that policy change

4    occur?

5        A    Somewhere in the last year-and-a-half or

6    so.

7        Q    Okay.  Do you know why that policy

8    change occurred?

9        A    It was part of our review of what we

10   were doing inside of the restaurants.

11       Q    Okay.  So if I understand correctly in

12   the last approximately year-and-a-half servers

13   when they come in if they're performing opening

14   duties they clock in and get paid the full minimum

15   wage rate and then once they get assigned their

16   first table they clock in under their tipped

17   server code?

18       A    Correct.

19       Q    Okay.  Is there any other time when a

20   server would clock in under a full minimum wage

21   rate?

22       A    If they were training they'll get paid a

Transcript of Al Hank, Corporate Designee
Conducted on June 27, 2019                           114

1    higher rate and at the end of the shift if there

2    was, you know, a large amount of additional work

3    that was about to occur they would switch to a

4    minimum wage rate.

5         Q    Who determines if there's a large amount

6    of closing work to be done that the server should

7    clock in under the full minimum wage rate?

8         A    Management.

9         Q    Management.  Okay.  Is there any

10   guidance or directive provided to management to

11   let them know, hey, this is a large amount of

12   closing work and therefore you should have

13   employees clock in under the full minimum wage

14   rate?

15        A    Nothing specifically that I can think

16   of.

17        Q    Okay.  And that notion that if there's a

18   large amount of closing work that they should

19   clock in under full minimum wage rate, has that

20   been in place for approximately the last year-and-

21   a-half or longer?

22        A    Approximately the last year-and-a-half.

Transcript of Al Hank, Corporate Designee
Conducted on June 27, 2019                                    115

```
1        Q    Okay.  You also said a server can clock

2   in if they're training and get paid the full

3   minimum wage.  How long has that policy been in

4   place that if a server is training they are

5   clocking under the full minimum wage?

6        A    As long as I can remember.

7        Q    Okay.  And that training, is that the

8   four days of training that you described for me

9   earlier today?

10       A    Correct.

11       Q    Okay.  So just to summarize, and tell me

12  if I'm wrong, for at least well before 2016 if a

13  server was engaged in a four days, or bartender,

14  engaged in a four days of training they always

15  clocked in and got paid a full minimum wage?

16       A    Correct.

17       Q    After they're done training they always

18  clocked in or paid at the tipped rate up until

19  approximately a year-and-a-half ago where if

20  they're doing opening work they now get paid the

21  full minimum wage, correct?

22       A    Correct.
```

Transcript of Al Hank, Corporate Designee
Conducted on June 27, 2019                        136

1          Q    Okay.  And are servers required to make

2     sure that that setup remains at the beginning or

3     end of the shift?

4          A    Yes.

5               (Exhibit 12 was marked for

6     identification and is attached to the transcript.)

7          Q    I'm going to hand you what's been marked

8     as Exhibit 12.  Do you recognize this document?

9          A    Yes.

10         Q    What is Exhibit 12?

11         A    Bartender job description.

12         Q    Okay.  Do all bartenders within Famous

13    Dave's, are they expected to comply with the

14    duties and responsibilities here?

15         A    Yes.

16         Q    Okay.  It says April 2015.  Do you know

17    if this job description has been updated since

18    then?

19         A    I'm not sure.

20         Q    Okay.  Again, on the second page it

21    says, Travel, up to 15 percent.  Is this for

22    catering and vending?

Transcript of Al Hank, Corporate Designee
Conducted on June 27, 2019                           140

1        Q    Okay.  When a server is required to expo
2   do they expo for their entire shift?
3        A    Typically.
4        Q    Typically.  Okay.  When a server expos
5   for an entire shift are they in the payroll under
6   a server job code or an expo job code?
7        A    Expeditor.
8        Q    Expeditor.  Okay.  Is there a directive
9   to the restaurants that says exactly that, if a
10  server is going to expedite they need to be under
11  the expeditor job code?
12       A    There is an expeditor job description.
13       Q    Okay.
14            MR. WELLS:  I'm going to ask that that
15  get produced because I don't think we have that.
16       Q    Do expeditors share in the tip pool?
17       A    Yes.
18       Q    They do.  Okay.
19       A    Most of the time, yes, from what I've
20  experienced.
21       Q    From what you experienced, okay.  Is
22  there any guideline or directive from Famous

Transcript of Al Hank, Corporate Designee
Conducted on June 27, 2019                                    152

```
1        Q    So it's no longer a hard copy?

2        A    That's correct.

3        Q    Okay.  Other than an update, are you

4   aware of any other updates done to the server

5   training guide?

6        A    As far as content?

7        Q    Yes.

8        A    I believe there has been content but I

9   wouldn't be able to specifically say what.

10       Q    Okay.  Has the server's job duties

11  fundamentally changed in that time period?

12       A    No.

13       Q    Okay.  Has a bartender's job duties

14  fundamentally changed in that time period of

15  February 2016 to present?

16       A    No.

17       Q    Okay.  Has the bartender training guide

18  gone online?

19       A    Yes.

20       Q    Okay.  Are employee -- do all employees

21  operate under an employee handbook?

22       A    Yes.
```

Transcript of Al Hank, Corporate Designee
Conducted on June 27, 2019                              153

1        Q    Okay.  Is that employee handbook

2   prepared by corporate?

3        A    Yes.

4        Q    Do you know how many iterations of the

5   employee handbook there have been since February

6   of 2016 to present?

7        A    I believe two.

8        Q    Okay.  Did you review any employee

9   handbooks in preparation for today?

10       A    The older one, yes.

11       Q    The older one.  Okay.  Let me -- don't

12   worry.  You don't have to keep any of those

13   documents.

14            (Exhibit 14 was marked for

15   identification and is attached to the transcript.)

16       Q    Mr. Hank, my first question is do you

17   recognize Exhibit 14?

18       A    Yes.

19       Q    Is this the older handbook that you

20   referenced --

21       A    Yes.

22       Q    -- that you reviewed in preparation for

Transcript of Al Hank, Corporate Designee
Conducted on June 27, 2019                                   162

1       Q     Do you know what the 80/20 tip credit

2    rule is?

3       A     I do.

4       Q     What is the 80/20 tip credit rule?

5       A     That a tip credit employee would not be

6    able to spend more than 20 percent of their total

7    time worked in a non-tipped job or function of the

8    job.

9       Q     During the time period of February of

10   2016 to present has there been any policy or

11   procedure in place within Famous Dave's to make

12   sure that that 80/20 tip credit rule was not

13   violated?

14      A     Yes.

15      Q     Okay.  What was that?

16      A     Servers clocking in at the beginning of

17   their shift for minimum wage.

18      Q     And you said that went into effect about

19   a year-and-a-half ago?

20      A     Roughly.

21      Q     Okay.  Other than that is there any

22   other policy or procedure in place within Famous

Transcript of Al Hank, Corporate Designee
Conducted on June 27, 2019                          163

1    Dave's to ensure that the 80/20 rule was not

2    violated?

3         A    Not that I'm aware of.

4         Q    Okay.  That's the only question I have

5    at this time.  Walk me through the time clocks.

6    It's the same POS system throughout all Famous

7    Dave's used for employees to enter their time,

8    correct?

9         A    No, as I mentioned earlier we have a new

10   test point-of-sale in currently seven of our

11   locations.

12        Q    Right.  Okay.  Other than those -- let

13   me ask you this, how an employee clocks in, is

14   that the same in both those seven test restaurants

15   and the other restaurants or is it fundamentally

16   different?

17        A    Basically the same.

18        Q    Okay.  How does an hourly tipped

19   employee clock in?

20        A    Through our point-of sale.

21        Q    Okay.  And they clock in by doing what?

22        A    Either swiping a unique card --

Transcript of Al Hank, Corporate Designee
Conducted on June 27, 2019                                164

1        Q    Okay.

2        A    -- or a unique pin.

3        Q    Okay.  And that unique card or that

4   unique pin, is that assigned by Famous Dave's?

5        A    Yes.

6        Q    Okay.  And when is it assigned by Famous

7   Dave's?

8        A    It's assigned by the management.

9        Q    I'm sorry.  When is it assigned by the

10  management to that employee?

11       A    During orientation or first shift.

12       Q    Okay.  So an employee clocks in through

13  either the unique pin or the unique timecard to

14  begin the clock counting their time, correct?

15       A    Correct.

16       Q    Okay.  Does an employee need to do

17  anything else to begin the clock running?

18       A    No.

19       Q    Okay.  When is an employee expected to

20  clock in?

21       A    When they're scheduled.

22       Q    Okay.  Is there any limitation provided

Transcript of Al Hank, Corporate Designee
Conducted on June 27, 2019                    186

1    servers that have nonetheless received a

2    counseling form?

3         A    I would say in my opinion it would not

4    be a commonality that counseling forms would be a

5    model employee.

6         Q    Okay.  You said forms there.  How about

7    a single form?

8         A    There could be, sure.

9         Q    Okay.  And just so the record is clear,

10   the only counseling form in my client's file was

11   that single form that we looked at earlier,

12   Exhibit 18?

13             MS. SMITHEY:  Objection.

14        A    That we've discovered thus far.

15        Q    That you've discovered thus far.  Okay.

16   Are you aware of any policy or procedure in review

17   of my client's file that exempted him from other

18   policies that applied to servers?  In other words,

19   was there a policy that only applied to my client?

20        A    Not to my knowledge, no.

21        Q    What's your familiarity with wage

22   statements that servers receive?  I'm not sure if

Transcript of Al Hank, Corporate Designee
Conducted on June 27, 2019                              189

1   this does it look like my client worked at least

2   some period of overtime?

3        A    Yes.

4        Q    Okay.  Hank, I need to ask you a couple

5   of basic questions.  Payroll within Famous Dave's,

6   is it weekly, bi-weekly, monthly, how is -- what

7   is it?

8        A    Bi-weekly.

9        Q    Bi-weekly.  Okay.  So when is the start

10  date and when is the cutoff date?

11       A    Our payroll weeks run Monday through

12  Sunday.

13       Q    Monday through Sunday.  Okay.  So if I

14  work on a Sunday I'll get paid for that Sunday two

15  weeks thereafter.

16       A    Depending on what week of the payroll

17  cycle we're in.

18       Q    Yeah.  I'm sorry.  So what day is

19  payroll, is paychecks?

20       A    Friday.

21       Q    Friday.  Okay.  So payroll runs Monday

22  through Sunday and pays on Friday, correct?

Transcript of Al Hank, Corporate Designee
Conducted on June 27, 2019                              194

1    yes or no question.  Do you have any substantive

2    conversations with your counsel about today's

3    deposition, yes or no?

4         A    No.

5         Q    Okay.  With respect to my client's pay

6    records, Bates page 146, the regular rate it says

7    five bucks, do you see that -- $5, do you see

8    that?

9         A    Yes.

10        Q    Okay.  And I see that that lines up with

11   his rate of pay on Bates page or document Exhibit

12   19, his work history.

13        A    Yes.

14        Q    So is that fair to say that my client

15   was paid at an hourly rate of $5 while working as

16   a server?

17        A    Yes.

18        Q    Okay.  Because I note that in the rest

19   of the pay (inaudible) $5 for the rest of those

20   pay periods.  From that do you know how much of a

21   tip credit Famous Dave's claimed for my client?

22        A    I do not.