**SMITHEY LAW GROUP**
LABOR & EMPLOYMENT LAW

Levi S. Zaslow, Esq.
Levi.Zaslow@smitheylaw.com
(410) 919-2990

January 10, 2022

<u>**VIA CM/ECF**</u>

The Honorable Deborah K. Chasanow, District Judge
United States District Court for the District of Maryland
6500 Cherrywood Lane, Suite 400
Greenbelt, Maryland 20770

      Re: *Christopher Graham, et. al. v. Famous Dave's of America, Inc.*,
           <u>Case No. 1:19-cv-00486-DKC (D. Md.)</u>

Dear Judge Chasanow:

    This letter is submitted jointly by all Parties to update the Court regarding the status of this matter. On January 6, 2022, the Parties wrote the Court to advise that there was a disagreement over the format of the data to finalize the relevant settlement papers and requesting until today to update the Court regarding the status of this matter. While the Parties are continuing to try and work through this issue, they believe a status conference with the Court would be appropriate and helpful.

    The Parties therefore respectfully request a status conference at a date and time available for the Court.

                                       Respectfully submitted,

                                       Levi S. Zaslow

cc: Counsel of Record (via ECF)