```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND

CHRISTOPHER GRAHAM, on behalf    :
of himself and all others
similarly situated               :

    v.                           :  Civil Action No. DKC 19-0486

                                 :
FAMOUS DAVE'S OF AMERICA, INC.,
and Doe Defendants 1-10          :
```

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 11th day of April, 2022, by the United States District Court for the District of Maryland, ORDERED that:

    1.   The unopposed motion for preliminary approval of the collective and class action settlement, (ECF No. 128), BE, and the same hereby IS, DENIED without prejudice; and

    2.   The Clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties.

```
                              _____/s/_____
                              DEBORAH K. CHASANOW
                              United States District Judge
```