

December 7, 2022

**VIA CM/ECF**

The Honorable Deborah K. Chasanow, District Judge
United States District Court for the District of Maryland
6500 Cherrywood Lane
Suite 400
Greenbelt, Maryland 20770

    Re:    **Christopher Graham, et. al. v. Famous Dave's of America, Inc.**
              **Case No. 1:19-cv-00486-DKC**

Dear Judge Chasanow:

    I write in follow-up to the Final Approval Hearing Your Honor held last Friday, December 2, 2022.

    At the hearing, Your Honor inquired as to the timeline for distribution of the Settlement Amount should the Court grant Final Approval of the Settlement. Unfortunately, I misspoke when responding to the Court's inquiry. During the hearing I indicated that Defendant would make payment within 5 days of the Settlement becoming Final and payments to the Settlement Class occurring 14 days after the Settlement becomes Final. Those dates are incorrect. Per the Settlement Agreement, Defendant must make payment of the Settlement Amount within 5 days of entry of the Final Approval Order and settlement checks will be disbursed within 15 days of the Settlement becoming Final. *See* Settlement Agreement, Section 4.11 (A) & (B). I apologize to the Court for my mistake in responding to the Court's question.

    Finally, as I referenced during the Final Approval Hearing, Plaintiff has now filed his signature page to the operative Settlement Agreement with the Court. Plaintiff's signature page is attached hereto. Counsel for Defendant has indicated that they are in the process of obtaining their client's signature.

    Plaintiff's counsel thanks Your Honor for the Court's time and attention to the foregoing. Plaintiff's counsel is available at the Court's convenience should Your Honor have any questions or concerns.

Honorable Deborah K. Chasanow
December 7, 2022
Page 2

Respectfully yours,

Gerald D. Wells, III

Cc: Counsel of Record (via CM/ECF)