**SMITHEY LAW GROUP**
LABOR & EMPLOYMENT LAW

Levi S. Zaslow, Esq.
Levi.Zaslow@smitheylaw.com
(410) 919-2990

December 9, 2022

*VIA CM/ECF*
The Honorable Deborah K. Chasanow, District Judge
United States District Court for the District of Maryland
6500 Cherrywood Lane, Suite 400
Greenbelt, Maryland 20770

    Re: *Christopher Graham, et. al. v. Famous Dave's of America, Inc.*,
       Case No. 1:19-cv-00486-DKC (D. Md.)

Dear Judge Chasanow:

  Enclosed for filing is an executed copy of the Joint Stipulation of Settlement and Release Agreement signed by Defendant. On December 7, 2022 Plaintiff filed his signature page via ECF. *See* ECF No. 148-1.

        Respectfully submitted,

        */s/ Levi S. Zaslow*

        Levi S. Zaslow

cc: Counsel of Record (via ECF)