IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHRISTOPHER GRAHAM, on behalf of himself and all others similarly situated | : : : |
| v. | : Civil Action No. DKC 19-0486 |
| FAMOUS DAVE'S OF AMERICA, INC., and Doe Defendants 1-10 | : : : |

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 12th day of December, 2022, by the United States District Court for the District of Maryland, ORDERED that:

1. Plaintiff Christopher Graham's Unopposed Motion for Final Approval of Class and Collective Action Settlement (ECF No. 145) BE, and the same hereby IS, GRANTED;

2. Plaintiff Christopher Graham's Motion for Attorneys' Fees and Expenses and for a Plaintiff's Service Payment (ECF No. 146) BE, and the same hereby IS, GRANTED;

3. The Agreement (ECF No. 140-1) BE, and the same hereby IS, APPROVED, as fair, reasonable, and adequate within the meaning of Fed.R.Civ.P. 23(e);

4. The Agreement (ECF No. 140-1) BE, and the same hereby IS, APPROVED, as a reasonable and fair compromise of a *bona fide* dispute between the parties under the Fair Labor Standards Act;

5. The following class of individuals BE, and the same hereby IS, FINALLY CERTIFIED as a class action pursuant to Fed.R.Civ.P. 23(a) & 23(b)(3) and as a collective action pursuant to 29 U.S.C. § 216(b):

> All Tipped Employees (server, bartender, or host) who worked for a Famous Dave's restaurant in the State of Maryland at any time from February 19, 2016, to October 31, 2017.
>
> Excluded from this Settlement Class are all Tipped Employees who submitted a timely and valid Request for Exclusion.

6. Pursuant to Fed.R.Civ.P. 23(h) and 29 U.S.C. § 216(b), the payment of $331,666.67, as a reasonable award of attorneys' fees, and $13,307.78, as a reasonable award of litigation expenses, to Class Counsel BE, and the same hereby IS, APPROVED;

7. The payment of $18,722.00 to the Claims Administrator BE, and the same hereby IS, APPROVED;

8. The payment of $5,000.00 to Plaintiff Christopher Graham BE, and the same hereby IS, APPROVED as a reasonable service payment in recognition of Mr. Graham's efforts on behalf of the class members;

9. This action BE, and the same hereby IS, DISMISSED WITH PREJUDICE, although the court shall retain jurisdiction over the interpretation, enforcement, and implementation of the Agreement and this Order; and

10.  The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties and CLOSE this case.

                                                                    /s/
                                     DEBORAH K. CHASANOW
                                     United States District Judge